# IN THE SUPREME COURT OF THE STATE OF DELAWARE

DELAWARE DEPARTMENT OF §
LABOR, DIVISION OF §
UNEMPLOYMENT INSURANCE, §　No. 148, 2015
§
　　　　Appellee Below, §
　　　　Appellant, §　Court Below - Superior Court
§　of the State of Delaware
　v. §
§
CAFFE GELATO, INC., §
§　CA. No. N13A-12-008
　　　　Appellant Below, §
　　　　Appellee, §
§
and §
§
EZEKIEL TULENKO, §
§
　　　　Appellee Below, §
　　　　Appellee. §

Submitted: March 9, 2016
Decided: March 11, 2016

Before **VALIHURA, VAUGHN,** and **SEITZ** Justices.

## O R D E R

This 11th day of March 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated February 23, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice